IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:09CR3007 |
| | ) | |
| V. | ) | |
| | ) | |
| THOMAS DEWAYNE ROSS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Since there is an appeal pending,

IT IS ORDERED that the motion to reduce sentence under 2011 crack cocaine guideline amendment (filing no. 101) will be held in abeyance. The Clerk and my chambers shall call this matter to my attention once the appeal is resolved. A copy of this Order shall be mailed to the defendant; David Stickman, the Federal Public Defender; and the prosecutor in this case.

DATED this 4th day of January, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge